UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

STANLEY HOUGH,

                    Plaintiff,

            v.                                    9:05-CV-352

L. JUBERT, Dep. Supt./Security; J. NORCROSS,
Lt.; and B. TUCKER, Officer,

                    Defendants.

_____

APPEARANCES:                              OF COUNSEL:

STANLEY HOUGH
Plaintiff, *Pro Se*

HON. ANDREW M. CUOMO                  RISA L. VIGLUCCI, ESQ.
Attorney General for the
 State of New York
Attorneys for Defendants
The Capitol
Albany, New York 12224-0341

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

David R. Homer, duly filed on the 13th day of September 2007.  Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1.  The Report-Recommendation is hereby approved.

2.  The Defendants' motion for summary judgment (docket no. 29) is granted as to all claims and all defendants.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated:  October 4, 2007
        Syracuse, New York


Norman A. Mordue
Chief United States District Court Judge

2